UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     x

SAFAVIEH INTL, LLC,                                              :

                     Plaintiff,                       :

        -- against --                                :

CHENGDU JUNSEN FENGRUI TECHNOLOGY CO,     :
LTD.-TAO SHEN and DOES 1-10,

             Defendants.                     :

                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     x

Case No. 1:24-cv-02456-MKV-GS

**PROPOSED ORDER TO SHOW CAUSE FOR PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

Pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201(a)(1)(A), N.Y. CPLR § 302, and Fed. R. Civ. Pro. 4(k), Plaintiff Safavieh Intl LLC ("Safavieh" or "Plaintiff)", by its attorneys Kaufman & Kahn, LLP, have moved the Court ex parte for an Order Authorizing Alternate Service.   Plaintiff proceeds on the basis that Defendants, through Amazon.com, are engaging in the unauthorized sale and distribution of Plaintiff's rug designs, which are the subjects of U.S. copyright registrations.  Plaintiff seeks preliminary and permanent injunctive relief, compensatory, statutory, and punitive damages, and recovery of their reasonable costs and attorneys' fees. Details are set forth in the Complaint.

Upon the Court having reviewed the Complaint, and in support of Plaintiffs' motion the Memorandum of Law, the Declaration of Mark S. Kaufman dated May 8, 2024 and the Declaration of Bjorn Tuazon dated May 2, 2024, it is:

ORDERED, that Plaintiff may serve copies of this Order, the Complaint, Summons, and Plaintiff's ex parte application (together with all supporting declarations and other documents) on the Defendants through the email address junsen336@163.com and to any other email address

associated with Defendants' business that becomes known to Plaintiffs. Plaintiffs shall promptly

file proof of such service.

SO ORDERED this ___ day of _____, 2024


_____

Hon. Judge Gary Stein, United States Magistrate
Judge for the Southern District of New York

2