# KAUFMAN & KAHN, LLP

May 30, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024
```

BY EMAIL:  GSteinNYSDChambers@nysd.uscourts.gov

Hon. Gary Stein
U.S. District Court, Southern District of New York
500 Pearl Street, Room 702
United States Courthouse
New York, NY  10007

    Re:    *Safavieh Intl LLC v. Chengdu Junsen Co, Ltd.-Tao Shen, et al.*
            (SDNY Case No. 1:24-cv-02456-MKV-GS)

Dear Judge Stein:

    We are attorneys for Plaintiff in the above case and write regarding Plaintiff's Motion for Leave to Serve by Alternative Service (ECF Nos. 9-12).  Because an attorney has appeared as of record (ECF No. 13) on behalf Defendant  Chengdu Junsen Co, Ltd.-Tao Shen ("Chengdu Junsen"), and through said attorney's law firm Chengdu Junsen has executed a waiver of service of process (ECF No. 14), Plaintiff hereby withdraws said motion.

    Thank you for your consideration of this matter.

                                  Respectfully submitted,

                                  /s/ Mark S. Kaufman
                                  Mark S. Kaufman

cc. (by email):
    Tim Wang
    Tong Jin

---

The Clerk of Court respectfully is requested to terminate the motions at docket entries 9 and 15.

Date:  June 10, 2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge